# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., RAMONA H.
TALBOT, HOWARD J. DUPRE, III, GAIL D.
BOUDREAUX, FLOYD A. LABARRE, MARLENE L.
FOLSE, CHERYL D. DAIGLE, HENRY R. LAWES
JR., SIDNEY J. HERNANDEZ, JUNE D.
BOUCHEREAU, LOUIS P. LEBLANC JR.,
PIERRE F. V. DELABARRE IV, MARY G.
DELABARRE, KATHERINE D. LABARRE, ANDRE
P. V. DELABARRE, GILBERT J. DUPRE JR.,
GRANT J. DUPRE, GRANTLYN D. WHEELER,
ELENA R. LEBLANC, HELEN H. SHAW, ANITA
H. WILLIAMS, GERTRUDE L. LANDRY, LYDIA
L. SHAVERS, MERRILL L. CORNAY, HARRY J.
SIMONEAUX SR., HARRY J. SIMONEAUX JR.,
AMY SIMONEAUX, LYLE T. SIMONEAUX, JOIE
A. SIMONEAUX, SIMONE S. LAWSON,
CHRISTOPHER A. SIMONEAUX, GREGORY J.
DUPRE, AUGUSTA L. RIFFERT, ALBERT H.
LEBLANC JR., MARIA CARMEN DELABARRE,
AND LIZARRAGA ENTERPRISES, LLC

NO.   2019 CW 0666

VERSUS

SEP 1 7 2019

TEXAS BRINE COMPANY, LLC AND GEORGIA
GULF CHEMICALS AND VINYLS, LLC

---

In Re:   Texas Brine Company, LLC, applying for supervisory
writs, 23rd Judicial District Court, Parish of
Assumption, No. 30650.

---

**BEFORE:   GUIDRY, CRAIN, AND LANIER, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMG**
**WIL**

   **Crain,   J.,**   dissents   and   would   not   consider   the   writ
application.

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*

DEPUTY CLERK OF COURT
FOR THE COURT